UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

**WILLIAM G.** and **JULIE A. HARSHAW**,
Husband and Wife, Individually and as
Guardian of **ROMAN A. HARSHAW**, a
minor,

    Residents and Citizens of the
    Commonwealth of Virginia,

    Plaintiffs,

v.

**BETHANY CHRISTIAN SERVICES, INC.**, and **BETHANY CHRISTIAN SERVICES OF HAMPTON ROADS, INC.,** and **BETHANY CHRISTIAN SERVICES INTERNATIONAL, INC.**,

    Defendants.

Case No. 1:08-cv-104

Hon. Paul Maloney
U.S. District Judge

---

RYNBRANDT & ASSOCIATES
Kevin Abraham Rynbrandt (P46699)
Attorneys for Plaintiffs
1000 Front Street
Grand Rapids, MI 49504
616/477-9958

VARNUM
Perrin Rynders (P38221)
Elizabeth J. Fossel (P41430)
Gary J. Mouw (P69236)
Attorneys for Defendants
Bridgewater Place, 333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI 49501-0352
616/336-6000

MELLON WEBSTER & SHELLY, P.C.
Thomas E. Mellon, Jr.
Samuel C. Totaro, Jr.
Elissa B. Heinrichs
Thomas E. Mellon, III
Co-Counsel for Plaintiffs
87 N. Broad Street
Doylestown, PA 18901
215/348-7700

---

# MOTION TO AMEND THE CASE MANAGEMENT ORDER AND TO STRIKE PLAINTIFFS' RECENTLY IDENTIFIED EXPERTS

*Oral Argument Requested*

Defendants, Bethany Christian Services, Inc., Bethany Christian Services of Hampton Roads, Inc., and Bethany Christian Services International, Inc., by and through its attorneys, VARNUM, move for an Order: (1) to amend the Amended Case Management Order to extend Defendants' time to amend the Case Management Order (to produce expert reports), and (2) to strike Plaintiffs' recently identified experts or, in the alternative, to allow Defendants to name additional experts and to amend deadlines accordingly. In support of this Motion, Defendants rely upon the accompanying brief which is incorporated by reference.

Pursuant to W.D. Mich. L. Civ. R. 7.1(d), Defendants sought Plaintiffs' concurrence in this Motion. Plaintiffs have failed or refused to concur in the relief requested in this Motion.

                                       VARNUM
                                       Attorneys for Defendants

Dated: August 3, 2009          By:   /s/ Elizabeth J. Fossel
                                                     Perrin Rynders (P38221)
                                                     Elizabeth J. Fossel (P41430)
                                                     Gary J. Mouw (P69236)
                                         Business Address, Telephone, and E-mail:
                                                     Bridgewater Place, P.O. Box 352
                                                     Grand Rapids, MI 49501-0352
                                                     616/336-6000
                                                     prynders@varnumlaw.com
                                                     ejfossel@varnumlaw.com
                                                     gmjouw@varnumlaw.com

2807713_1.DOC