Certificate of Service

I hereby certify that on the 21st day of September, 2009, I sent PLAINTIFFS' PROPOSED EXPERT WITNESSES REGARDING POSSIBLE EPILEPTIC SYMPTOMS via electronic mail and via regular U.S. mail to the following counsel of record in this matter:

**Perrin Rynders**
VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6734
(616) 336-7000 (fax)
prynders@varnumlaw.com

**Kevin A. Rynbrandt**
RYNBRANDT & ASSOCIATES
1000 Front St, NW
Grand Rapids, MI 49504
(616) 477-9958
kar@rynbrandt.com

*/s/ Thomas Mellon*
**Thomas E. Mellon, III, Esquire**
PA Bar No.: 81631
MELLON, WEBSTER & SHELLY
87 N. Broad Street
Doylestown, PA 18901
(215) 348-7700
Facsimile (215) 348-0171
tmellon3@mellonwebster.com

**Counsel for Plaintiffs**