UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM G. and JULIE A. HARSHAW, Husband and Wife, individually and as Guardian of ROMAN A. HARSHAW, a minor, | Case No. 1:08-cv-104 |
| Plaintiffs, | |
| v. | HONORABLE PAUL L. MALONEY |
| BETHANY CHRISTIAN SERVICES, INC., a Michigan corporation, BETHANY CHRISTIAN SERVICES INT'L, INC., a Michigan corporation, and BETHANY CHRISTIAN SERVICES OF HAMPTON ROADS, INC., a Michigan corporation, | |
| Defendants. | |

## **ORDER**

Defendants' motion for leave to file a supplemental reply brief in support of their motion to dismiss and/or for summary judgment **[document #227] is GRANTED.**

This is not a final and appealable order.

**IT IS SO ORDERED** on this __28th__ day of April 2010.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge