# EXHIBIT F

# Dr. Ronald S. Federici. Psy.D. and Associates
## 12704 Chapel Road Clifton, Virginia  20124
### Phone (703)830-6052(703) 548-0721 /734-1012   Fax (703) 830-6054

Email: **DRFEDERICI@aol.com**        WEBSITE: **www.DRFEDERICI.com**

## CV/BIOGRAPHICAL SKETCH

### DR. RONALD STEVEN FEDERICI
**Neuropsychologist/Clinical Psychopharmacologist**



**Licensure and Board Certifications:**

Virginia Board of Medicine License (Clinical Psychology) 0810-001534
Virginia – School Psychologist License 0803-000093
Fellow and Diplomate, American Board of Professional Neuropsychology (ABPN)
Fellow- American College of Professional Neuropsychology
Senior Fellow-National Academy of Neuropsychology
Fellow and Diplomate, American Board of Medical Psychotherapists (ABMP)
Diplomate-Fellow in Advanced Psychopharmacology (FICPP)
Diplomate-Senior Disability Analyst-American Board of Disability Analysts
Diplomate-American Board of Cognitive-Behavioral Therapy
Diplomate-American Board of Medical Consultants (Insurance Review)

**Education:**

Bachelors Degree:        Purdue University (Organic Chemistry/Clinical Psychology) 1980
Masters Degree:          University of Chicago (Biological/Physiological Psychology); 1981
Masters Degree:          University of Illinois School of Professional Psychology  (Neuropsychology) 1983
Doctorate Degrees:       University of Illinois School of Professional Psychology
                          (Dual Doctoral Tracks in Clinical Neuropsychology and Child Development,  1985)

**Professorships and Hospital Affiliations:**

Assistant Professor of Child Development, Virginia Polytechnical Institute and State University  (past position)
Associate Professor of Pediatrics and Neurology, Uniformed School of Military Medicine (past position)
Staff Neuropsychologist, Mt. Vernon Hospital , Alexandria, Virginia
Staff Neuropsychologist-Dominion Psychiatric Hospital, Falls Church, Virginia
Staff Neuropsychological Consultant: Fairfax Hospital International Adoption Clinic
Guest Lecturer-Walter Reed Army Medical Center
Guest Lecturer-Bethesda Naval Hospital

**Courses Taught**: Advanced Diagnostics; Severe Child Neurodevelopmental Disorders, Psychopharmacology; International Adoption Medicine-Assessment of the Post-Institutionalized Child

**Language Skills:** Italian, German, Russian and Romanian

**Personal Information: Married,** 7 Internationally Adopted Children ( 4 Romanian; 2 Russian; 1 Belarussian)

1

**Professional Experience:**

Dr. Federici has 20+ years of experience completing complex neuropsychiatric evaluations with children having significant neurodevelopmental and emotional difficulties. He is a professional consultant to numerous schools, mental health clinics, pediatric and adolescent medicine clinics, court service units and adoption groups, and is frequently called upon to perform "second opinions" for the most difficult to diagnose cases. Dr. Federici also works extensively in forensic neuropsychology and has served as an expert witness in cases involving the assessment and rehabilitation of traumatic brain injury or other neurological disorders.

Dr. Federici lectures nationally and internationally on matters pertaining to developmental neuropsychology and severe neuropsychiatric disorders of children, particularly children from post-institutionalized settings. He is regarded as the country's expert in neuropsychiatric evaluations of internationally adopted children, particularly children from Eastern Europe. He has a special interest in Romanian and Russian orphans, and has evaluated well over 2,000 Eastern European adoptees, in addition to thousands of children still residing in their respective countries. Dr. Federici has appeared on numerous national television and radio shows such as Dateline, 20/20, Turning Point, Night Line, Good Morning America, British Broadcasting Corporation, as well as publishing in magazines and newspapers around the world regarding the institutional crises in various countries, particularly Eastern Europe.

Dr. Federici has published various articles in addition to his book entitled "Help for the Hopeless Child: A Guide for Families (With Special Discussion for Assessing and Treating the Post-Institutionalized Child)". He has developed the concepts of "Institutional Autism: An Acquired Syndrome" in addition to researching extensively the "Neuropsychology of Bonding and Attachment Disorders". His second book entitled "Escape From Despair: Through the Eyes of the Child" is in press.

Dr. Federici serves as President of the Care for Children International, Inc. which is a Humanitarian Aid Organization providing medical care, supplies, training and education to the Romanian Department of Child Protective Services. Dr. Federici holds an honorary position as Chief Medical Consultant regarding institutionalized children in Romania. He is held in the highest regard with the Romanian government and the Romanian Ambassador to the U.S. Dr. Federici's humanitarian organization has worked for many years throughout Romanian institutions and has provided comprehensive medical and neuropsychiatric care in addition to being one of the leading groups in de-institutionalizing children. He is personally responsible for building multiple group homes, independent living situations and leading multiple medical missions and providing millions of dollars of urgently needed medical care, medication, supplies, food and training to address the child welfare/institutional crisis which has plagued Romania for a decade. Currently, Dr. Federici is working with several international humanitarian groups in providing a proposal for comprehensive-country wide change of the Romanian institutional system. Dr. Federici and his group of well over 30 committed medical specialists from all disciplines are frequently called upon by numerous institutions and governmental offices throughout Romania to consult and assist counties and governmental departments with the ultimate goal being the development of new programs aimed at de-institutionalization and stabilization of the Romanian social system, family and regional/county economic distribution of funds for institutionalized children. Dr. Federici has also been lecturing in China and Southeast Asia regarding autism, mental retardation and institutional care for handicapped children.

Dr. Federici has been involved in extensive lobbying efforts on Capital Hill to improve the policies and procedures for international adoptions, and also offered expert professional testimony on October 5, 1999 to Senator Jesse Helms and the Senate Foreign Relations Committee regarding the problems in international adoptions and issues with the Hague Treaty. Additionally, Dr. Federici has lobbied extensively to preserve the integrity and responsibility of USAID spending in Romania, and has provided multiple reports to USAID, Washington regarding Romanian child welfare reform, programs, funding and opinions regarding distribution of foreign aid. Dr. Federici continues to work aggressively to secure private funding and USAID funding for Romanian-specific child welfare reform programs and has completed an extensive "proposal" which is aimed at country-wide institutional reform.

**Dr Federici, along with NBC DateLine, won an award for journalism in the Documentary: Saving Dane, Saving A Family, which highlighted his work with Post Institutionalized Children who have suffered profound Cognitive and Psychological Trauma. This program focused on the rehabilitation of an Internationally Adopted Child deemed "Hopeless" and untreatable. This showed has aired around the world.**

2

**PROFESSIONAL TRAINING**

**INTERNSHIP**     **Cook County Hospital** (Department of Neurology/Psychiatry and Criminal Division, Department of Corrections), Chicago, Illinois    January 1985 - December 1985. APA Internship in Clinical Psychology, with emphasis in Clinical Neuropsychology, Head Trauma and Rehabilitation, Forensic Evaluations and Severe Pathology.

**RESIDENCY**     **Clinical Neuropsychology** - National Hospital for Orthopaedics and Rehabilitation, Arlington, Virginia (Requirements for Commonwealth of Virginia Licensure)

**FELLOWSHIP**     **Clinical Neuropsychology** - National Hospital for Orthopaedics and Rehabilitation, and, Psychiatric Institute of Washington, D.C. (Neuropsychological Evaluation and Rehabilitation of Traumatic Brain Injury)

**CLINICAL EXPERIENCE**     **Private Practice** (January 1986 to Present)   Specialty in Psychological, Neuropsychological and Forensic Evaluations;  Clinical Psychotherapy and Consultation with Children Adolescents/Families.  Complex diagnostic problems/neurodevelopmental disorders, Attention Deficit Hyperactivity Disorders, Learning Disabilities, Behavioral Disorders, differential diagnosis of fabricated vs. bona fide cases of abuse/neglect. Comprehensive neuropsychological evaluation and treatment of the post-institutionalized child.

Principal Neuropsychological Consultant with INOVA-Fairfax Hospital International Adoption Clinic

**PAST PROFESSIONAL EXPERIENCE**

**Northwestern University Medical Center**, Department of Child and Adolescent Psychology, Chicago, Illinois (March 1984 - December 1985).  Neuropsychological evaluations, treatment planning and Milieu Therapy for severely disturbed adolescents.

**Northwestern University Medical Center**, Department of Psychiatry and Neurology, Chicago, Illinois (September 1980 - March 1984).  Administering, Scoring and Evaluation of full tests for outpatient/ inpatient children and adults with psychological/medical/neurological/neurosurgical disorders.

**Warren Ugent, Psy.D and Associates.**, Licensed Clinical and School Psychologist (March 1983 - December 1985).  Performed Psychological and Neuropsychological Evaluations for children/adolescents with learning disabilities and severe emotional disorders.

**Southlake Center for Mental Health**, Merrillville, Indiana (May 1980 - September 1980).  Supervisor of behavior modification program and Milieu Therapy of hospitalized children and adults.  Primarily assigned to children's inpatient unit by organizing daily activities and involvement in family therapy sessions.

**Purdue University**, Hammond, Indiana (January 1977 - May 1980).  Guidance Counselor.  Responsible for selection and scheduling for undecided/part-time students.  Coordinated clinical activities and peer counseling programs, under supervision of the Dean.  Coordinated Veterans affairs.

**Westlake Special Education Center**, Munster, Indiana   (June 1979 - September 1979).  Volunteer aid to the mentally retarded and autistic.

**United States Navy - Fleet Marine Force** (March 1973 - August 1976).  Hospital Corpsman assigned to Marine Corps Infantry Units.  Qualified in emergency and combat medicine.  Six month tour - Republic of Vietnam.  Presidential Unit Citation received.

3

**CONSULTING POSITIONS**

Romanian Department of State, Division of Child Protective Services (Honorary Member of Romanian Department of Child Welfare)
Parent Network for the Post-Institutionalized Child (professional member)
ABC News: Dateline; expert in bonding and attachment disorders for internationally adopted children
ABC News: Nightline; expert in internationally adopted children from Eastern-Bloc countries (July 1997)
ABC News: Turning Point; expert consultant for children from Eastern-Bloc institutions/international adoptions (January 1997)
HBO - Consultant in Developmental Psychology
Washington Post Newspaper, Expert in Child Psychology
Parent Network for the Post-Institutionalized Child (PNPIC)
Friends of Russian and Ukrainian Adoptions (FRUA)
Romanian Challenge Appeal
C.H.A.D.D. (Children with Attention Deficit Disorders)
Ft Belvoir, VA - DeWitt Army Hospital, Departments of Psychiatry, Neurology and Pediatrics Naval Medical Clinic, Quantico, Virginia
Walter Reed Army Medical Hospital - Department of Child Psychiatry
Andrews Air Force Base - Malcolm Grow Medical Center
Prince William County Attention Deficit Disorder Groups (CHADD)
Court Ordered Special Advocate Program for Abused Children (CASA) (Fairfax and Alexandria)
 Virginia State CASA Board, Professional Member
 County of Fairfax - Departments of Social and Child Protective Services
 Fairfax County Public Schools
 Alexandria Juvenile Delinquency Task Force
 City of Alexandria - Youth Services Commission (City Council)
 City of Alexandria - Division of Mental Retardation
 Northern Virginia Youth Services Coalition
 Prince William County Youth Services
 Loudoun County Public Schools

INOVA-Fairfax Hospital International Adoption Clinic
 Care for Children International, Inc. (501-3C, Non-Profit), President/CEO
 Ireland Department of Social Services and International Adoptions
 Senate Foreign Relations Committee, Consultant for International Child
 British Broadcasting Corporation (BBC)
 ABC News: Dateline; expert in bonding and attachment disorders for internationally adopted children
 ABC News: Nightline; expert in internationally adopted children from Eastern-Bloc countries (July 1997)
 ABC News: Turning Point; expert consultant for children from Eastern-Bloc institutions/international adoptions (January 1997)
 Washington Post Newspaper, Expert in Child Psychology
 New York Times consultant in Child Neuropsychology (multiple articles)

4

**PUBLICATIONS**   Published Books:  Help for the Hopeless Child: A Guide for Families (with Special Discussion for Assessment and Treatment of the Post-Institutionalized Child), **October 1998; Second Edition, 2003**

Institutional Autism: An Acquired Syndrome, The POST, May 1997

Johnson, Federici, Mason, Hines.Psychosocial Growth Retardation in Romanian Orphanages, Journal of Neurodevelopment, October, 2009

Himes, Johnson, Federici, Zeanah, et al ( Romanian Adoption Project), Growth and Sexual Maturation In Romanian Orphanages. Journal of pediatrics and Neurology, September, 2009

Hochsberger, Federici, Rutter, Netherland Adoption Project, et al  Five (5) International Articles of International Adoptions, Growth Failure, Trauma, Attachment and Family Therapy ( Publications in Netherland Journals of Pediatrics and Child development in Dutch, 2002-2006

Johnson, Aaronson, Federici, Pearl, Sbordone, Zeana, et.al. Growth Parameters Help Predict Neurologic Competence in Profoundly Deprived Institutionalized Children in Romania (Article in Press), Society for Pediatric Research, December 1998

Johnson, Aaronson, Federici, Faber, Tartaglia, Georgieff, Windsor and Daunauer, et.al.  Profound, Global Growth Failure Afflicts Residents of Pediatric Neuropsychiatric Institutes in Romania, (Article in Press), Society for Pediatric Research, December 1998

Pearl, Johnson, Federici, Tartaglia, Gaillard, Lavenstein, McClintock, Conry and Weinstein, et.al. Neurological and Medical Evaluation of Institutionalized Children in Romanian Orphanages, (Article in Press), Journal of Pediatric Neurology, February 1999

Albers, L., Federici, R., Linville, D.; Learning and Behavioral Concerns of School Aged International Adoptees Referred for Neuropsychological Evaluation (Article in Press)

Mason, P., Federici, R., Johnson, D., Albers, L., Worthman, C., Gunnar, M.; Inova Fairfax Hospital for Children, Care for Children International, University of Minnesota, Harvard University,  Emory University/ Institutional Short Stature: The Impact of Stress on Growth in the Internationally Adopted Child.

Johnson, D.; Federici, R.; Tabacaru, C.; and Care for Children International Health Team: International Adoption Clinic, University of Minnesota. Incidence of Hepatitis B and C and HIV In Older Children and Adolescents Institutionalized Since Birth (Article in Press-Pediatric Research)

Johnson, D.; Federici, R.; Tabacaru, C.; and Care for Children International Health Team: International Adoption Clinic, University of Minnesota. Pre and Post-Pubertal Growth In Profoundly Deprived Institutionalized Children (Article in Press-Pediatric Research)

Mason, P.; Johnson, D.; Federici, R.; Bledsoe, J.; Albers, L.; Neuroendocrinological Stress Factors in the Post-Institutionalized Child (Article in Press-Pediatric Research)

Johnson, Aronson, Federici, Pearl, Sbordone, Zeanah, et.al. Growth Parameters Help Predict Neurologic Competence in Profoundly Deprived Institutionalized Children in Romania (Article in Press), Society for Pediatric Research, December 1998

Johnson, Aronson, Federici, Faber, Tartaglia, Georgieff, Windsor and Daunauer, et.al.  Profound, Global Growth Failure Afflicts Residents of Pediatric Neuropsychiatric Institutes in Romania, (Article in Press), Society for Pediatric Research, December 1998

5

Pearl, Johnson, Federici, Tartaglia, Gaillard, Lavenstein, McClintock, Conry and Weinstein, et.al. Neurological and Medical Evaluation of Institutionalized Children in Romanian Orphanages, (Article in Press), Journal of Pediatric Neurology, February 1999

Raising the Post-Institutionalized Child (with C. Zeanah, M.D., Journal of Pediatrics)

Neuroimaging and Neuropsychological Deficit Patterns in Children from Post-Institutionalized Settings (with Harry Chugani, M.D., Children's Hospital, Detroit, Michigan)

Institutional Autism: An Acquired Syndrome, The POST, May 1997

Neuropsychological Evaluation of the Post-Institutionalized Child: Assessment and Innovative Treatment (Paper presented at the Stockholm conference on children in institutions, May 1999; The POST October 1999)

Atypical Attention Deficit Hyperactivity Disorders - Neuropsychological Assessment and Comprehensive Medication and Therapy Management, CHAAD Newsletter, June 1994

Kaufman, R.; Federici, R. et al: "Body Image Fantasies of Epileptics" Journal of Psychiatry and Neurology, 1981

Rostafinski, T.; Ancuta, G.; Federici, R. "Hysterical Conversion Disorder in a Correctional Setting: A Case of Functional Paraplegia. (Journal of Consulting and Clinical Psychology, 1994).


Neuroimaging and Neuropsychological Deficit Patterns in Children from Post-Institutionalized Settings

Neuropsychological Evaluation of the Post-Institutionalized Child: Assessment and Innovative Treatment ; The Post, May 1999 (Paper presented at the Stockholm conference on children in institutions, May 1999)

Evaluation and Treatment of the Post Institutionalized Child; The Post, 2001

Atypical Attention Deficit Hyperactivity Disorders - Neuropsychological Assessment and Comprehensive Medication and Therapy Management, CHAAD Newsletter, June 1994

Assessing Long Term Cognitive and Neuropsychiatric Disabilities in the Post-Institutionalized Child; Journal of Child and Family Development, Spring, 2008

Multiple articles written for Multiple national newspapers, Newsweek, Time, New York Times, Washingtonian Magazine, Chicago Tribune, People Magazine and Womans Day magazines

Articles written for Washington Post newspaper on Child and Adolescent disorders - several in 1995.

"Body Image Fantasies of Epileptics" with Richard Kaufman, M.D., Child Psychiatry Division, University of Chicago.  Journal of Psychiatry and Neurology.

Research Assistant in studies measuring competitiveness, hostility and impatience in patients with metabolic and/or cardiac disorders.  Jack Arbit, Ph.D., Director of Neuropsychological Testing, Northwestern University Medical Center.

Submitted article entitled "Hysterical Conversion Disorder in a Correctional Setting: A Case of Functional Paraplegia.

Doctoral Dissertation on Neuropsychological Correlates of Anorexia Nervosa, Requested for publication.

Developed screening and manual for Suicide Intervention in Public Schools (Alexandria, Virginia)

6

**PRESENTATIONS AND TRAININGS:**

**2007-2009: Pediatric and Neurology Grand Rounds/Staff Trainings ( across US and Abroad)**
**"Diagnostic Neuropsychological Evaluations and Innovative Treatment for the Post-Institutionalized Child:**
**( Stanford, University of Minnesota, Cleveland Clinic, University of Florida, Texas, San Diego)**

February/May, 2008; International Adoption Conference, Indianapolis, Indiana

November, 2007; Raising Difficult Internationally Adopted Children: From Assessment to Recovery

November, 2007: Differential Diagnosis of Neuropsychiatric Syndromes vs ADHD

May, 2007; Comprehensive Evaluation and Innovative Treatment of damaged Internationally Adopted Children

January, 2007: Innovative Family Therapy For Post Institutionalized Children

October, 2006: Comprehensive Evaluation of Traumatized Children From Eastern Europe

December, 2005: Understanding The Complexities of the Post Institutionalized Child

January, 2005: Intensive Family Treatment For Post-Institutionalized Children (Iceland Conference)

June, 2004: Evaluation and Treatment of Traumatized Children: From Assessment to Recovery

March 2002: Deinstitutionalization of the Traumatized Child From Eastern Europe

January 2001: Assessment of Autism and Cognitive Damage. Bejing, China, Department of Child Welfare

May 1999: Presentation in Stockholm, Sweden: International Conference on Children in Institutions

Multiple National conferences on Post-Institutionalized Children in 1999

CNN News: The Internationally Adopted Child (October 1998)

ABC News 20/20: Russian International Adoptions (September 1998)

The Neuropsychology of the Internationally Adopted Child Bellingham, Washington (August 1998)

Assessment and Treatment of the Internationally Adopted Child, Miami, Florida (June 1998)

State of New Hampshire Presentation: Assessing and Treating the Internationally Adopted Child (June 1998)

ABC News-Good Morning America: Commentary on Reactive Attachment Disorder (September 1997)

ABC News-Dateline: Bonding and Attachment Disorders in Post-Institutionalized Children. (August 1997)

NBC News: The effects of the death of a parent on children. ABC Nightline, July 1997, Expert in Developmental Neuropsychology of Post-Institutionalized Children

Assessing and Treating the Severely Disturbed and Special Needs Child; Department of the Army presentations (May, June, July 1997)

Assessment and Treatment of Higher-Functioning Autistic Disorders (Northern Virginia Autism Society) May 1997

The Neuropsychology of Bonding and Attachment Disorders, Winchester Community Services, April 1997

7

Clinical Psychopharmacology; Severe Behavioral Disorders and Depressive Disorders of Childhood. Presentations: Ft. Belvoir, Virginia March, April, May 1997

The Neuropsychology of Bonding and Attachment Disorders: Itasca, Illinois, February 1997, in conjunction with the Parent Network for Post-Institutionalized Children (PNPIC)

Keynote Speaker-American Academy of Pediatrics; Military Physicians, San Antonio Texas, March 1997: Complexities of ADHD Diagnosis and Psychopharmacology

Interview and Broadcast-ABC News: Turning Point, January 1997
Keynote Speaker-Medical College of Virginia, September 1996: Neuropsychology of Bonding, Attachment and Deprivation Disorders

Behavioral Assessment and Treatment of Children with Special Needs and Medical Disabilities: Ft. Belvoir, Virginia, February and March 1997

Voice of America International Network - Main Presentor: Effects of Institutionalization in Eastern Bloc Adopted Children, June 21, 1996

Keynote Speaker: Rock Island Arsenal, Illinois "Complexities in ADHD Diagnosis"

Keynote Speaker: Conference at Case Western University, Cleveland, Ohio "Neuropsychological Deficit Patterns/Neuropsychological Attachment Disorders in Children from Post-Institutionalized Settings"

Presentations - Ft. Belvoir, VA:  Learning disabilities, attention deficit hyperactivity disorder, children with autism and mental retardation (July, August, September, October 1996)

Presentation - Ft. Belvoir, VA:  Assessment and Management of the Severely Oppositional Child, June 19, 1996

Presentor in Developmental Neuropsychology - pending national broadcast on Turning Point (scheduled to appear June 1996)

Presentor in Developmental Psychology, Fairfax County Cooperative Preschool Program, April 1996.

Keynote Speaker, Georgetown University Medical Center Conference, Washington, D.C., March 2, 1996, "Neuropsychology of Attachment Disorders in Post-Institutionalized Children".

Keynote Speaker, D.C. Bar Association, Annual Conference, Washington, D.C., March 1996, "Assessment of Competency via Neuropsychological Testing".
Keynote Speaker, National Conference on Eastern-European Adoptions, Detroit, Michigan, February 1996 "Neuropsychological Deficit Patterns in Post-Institutionalized Children".

Assessing and Treating Difficult Children in the Classroom, Prince William County Public Schools, January 1996

Keeping Children Drug Free, Presentation, Fairfax County Public Schools, January 1996

The Impact of Computer Technology on Child Development, Prince William County, Cable Channel Television, Live Broadcast, December 1995

Assessing and Treating Childhood Depressive Disorders, Prince William County Family Outreach Center, November 1995
Military Stress Syndromes in Families, Presentor, Ft. Belvoir, Virginia, November 1995.

Understanding Adolescent Sexual Identity Disorders - Live television show (Oprah Winfrey), October 1995

Post-Traumatic Stress Disorder/Abuse Syndromes, Presentor, Ft. Belvoir, Virginia, October 1995

Innovative Play Therapy for Severely Disturbed Children - Presentor, Ft. Belvoir, August and September 1995

8

Differential Diagnosis of Learning Disabilities and Developmental Disorder, Presentor, Ft. Belvoir, June and July 1995

Differentiation of Childhood Depressive Disorders versus Conduct Disorders, Presentor, Ft. Belvoir, May 1995

Neurodevelopmental Disorders in Post-Institutionalized Children - Keynote Presenter, National Institute of Health, Bethesda, Maryland (April 1995)

Common and Uncommon School Problems, Saunders Middle School (March 1995)

Complex ADHD Diagnosis and Treatment, Ft. Belvoir, Virginia (March 1995)

Differential Diagnosis and Complex ADHD and LD Children, Prince William County Public Schools (March 1995)

Developmental Disorders of Childhood - Presentation, Marine Corps Base, Quantico, Virginia (February 1995)

Adolescent Identity Issues in Adoptees - Conference Presenter, Fairfax County, Department of Human Development (November 1994)

Comprehensive Diagnosis and Treatment of Attention Deficit Hyper-activity Disorders - Presentation, Prince William County Public Schools (October 1994)

Developing Self-Esteem in Children through Family Therapy - Presentation, Ft. Belvoir, Virginia (September 1994)

Complex Diagnostic Problems in the School Setting - Presentation, Prince William County Public Schools (August 1994)

Differential Diagnosis in Children's Learning Disabilities and Attentional Disorders - Presentation, Ft. Belvoir, Virginia (July 1994)

Treatment of Conduct and Oppositional Disorders - Presentation, Ft. Belvoir, Virginia (June 1994)

Managing Children's Behavioral Disorders - Presentation, Ft. Belvoir, Virginia (May 1994)

Anger: Growing Up Scared - Presentation, Northern Virginia Youth Coalition (April 1994)

Enhancing Family Communication Skills - Family Service Center, Ft. Belvoir (April 1994)

T.V., Violence and Youth - Fairfax Cable Channel 10 (February 1994)

Sexual Identity in Adolescence - Maury Povich Show, New York (January 1994)

Aggression and Violence and its Correlation with the Media (presentation Prince William County Youth Coalition, November 1993)

Understanding Community Violence (Presentation, Ft. Belvoir, June 1993)

Community Violence and Aggression (Presentation, Prince William County Youth Services Coalition, May 1993)

Differential Diagnosis of Childhood Disruptive Disorders (Presentation, Mt. Vernon Hospital, April 1993)

Violent and Aggressive Children (Presentation, Fairfax County School Guidance Counselors, March 1993)

Understanding Children's Learning Disabilities (Presentation, Ft. Belvoir, Virginia, February 1993)

Developmental and Bonding/Attachment Problems in Childhood (Virginia Cable Channel Television Talk Show -February, 1993)

Forensic Evaluations for Childhood Sexual Abuse (Presentation Bethesda Naval Hospital, January 1993)

Attention Deficit Disorders and Behavioral Manifestations in the Schools (Presentation Prince William County Teachers, January 1993)

Violence in the Schools, Virginia Cable Channel Television Talk Show (December 1992)

Parenting the Oppositional Child, Fort Belvoir, Department of Social Services Conference (June 1992)

Childhood and Adolescent Depression, Fort Belvoir, Department of Social Services Conference (July 1992)

Crisis Intervention for Violence in Schools and Community (Northern Virginia Youth Coalition - Annual Conference, 1992)

Parenting the Oppositional Child (Fort Belvoir, Virginia, 1992)

Common and Uncommon Family Problems.  Keynote Address.  (Lake Ridge Middle School, Woodbridge, Virginia, 1992)

Management of Aggression and Violence in Families (Lake Ridge Middle School, Woodbridge, Virginia, 1992)

Childhood Development and Related Disorders of Attachment: Bonding and Foster Care Placements (Court Appointed Special Advocate - CASA.  1989 - 1992; Biannual presentation)

Understanding Attention Deficit Hyperactivity Disorders (ADHD Support Groups, Woodbridge and Fairfax, 1990 - Present)
Common and Uncommon Problems.  (Keynote Address, Lake Ridge Middle School, Woodbridge, Virginia - 1990)

Neuropsychology of Attention Deficit Hyperactivity Disorders (Fort Belvoir, Department of Pediatrics and Family Practice - 1990).

Pediatric Neuropsychology: Learning and Emotional Disorders Assessed via Neurocognitive Interpretation (Laurel Oaks Hospital, Orlando, Florida, February 1987)

Forensic Neuropsychology and Diagnostic Support to Child Protective Services (Fairfax, Virginia - 1989, 1990)

Forensic Evaluations of the Sexually Abused Child (Fort Belvoir, Virginia - 1990)

Assessment of Childhood Depression and Stress (Psychiatric Institute of Washington, D.C. - 1990)

Assessing and Treating the Chronic Substance Abusing Teen (STRAIGHT Program - Fairfax, Virginia - 1990)

Youth At Risk: Attachment and Bonding in Severely Disturbed Children (Keynote Address - Northern Virginia Youth Coalition -1989)

Focus on Youth: Attachment and Bonding (Channel 10 Cable T.V. - 1989)

Psychological Review of a Completed Teen Suicide (Fairfax County, Department of Social Services - 1990)

National Hospital for Orthopaedics and Rehabilitation, Arlington, Virginia. "Neuropsychological Assessment of Competency" (1987)

**PROFESSIONAL ORGANIZATIONS**

American Board of Professional Neuropsychology

International College of Prescribing Psychologists

International Neuropsychological Society

Neuro Law

National Academy of Neuropsychologists

American Board of Medical Psychotherapists

Virginia Academy of Clinical Psychologists

Academy of Psychosomatic Medicine

National Association of School Psychologists

American Association for Counseling and Development

Virginia Psychological Association

American Board of Psychoanalysis

Northern Virginia Society of Clinical Psychologists

National Distinguished Service Registry in Rehabilitation

Who's Who Among Human Services Professionals

New York Academy of Sciences

National Register of Health Service Providers in Psychology

**ADDITIONAL TRAINING**

National expert and lecturer in Developmental Neuropsychology

Qualified Supervisor, Neuropsychology and Child Development

Graduate Training Program in Neuro Law and Neuropsychology

Qualified Supervisor in Diagnostic Testing, particularly Forensic/Court involved cases

Completed Basic and Advanced Training programs in Clinical Neuropsychology and Cognitive Rehabilitation (Ralph Reitan and Associates)

Completed Boston Neuropsychological Foundation Workshops on process approach to Neuropsychological Assessment

Completed Training program on Luria-Nebraska Neuropsychological Test Battery (Adults and Children)

Advanced Rorschach Interpretation Training (EXNER Approach) and Minnesota Multiphasic Personality Inventory (MMPI)

Workshops on Multiple Personality and Dissociation

Certified School Psychologist/Diagnostician (Missouri, Louisiana, Nebraska, Virginia)

Registered Emergency Medical Technician

11